UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY PARKS,
    Plaintiff,

v.                                              Case No. 08-13944
                                              Honorable Patrick J. Duggan

ANDRE AGRUDA,
    Defendant.
_____/

## JUDGMENT

On September 12, 2008, Plaintiff Larry Parks ("Plaintiff") filed this action claiming that, while incarcerated at the Gus Harrison Correctional Facility, Defendant Andre Agruda ("Defendant") violated his rights under the Eighth and Fourteenth Amendment. On January 16, 2009, Defendant filed a motion for summary judgment. Plaintiff filed a response on February 25, 2009. In an Opinion and Order issued on this date, the Court granted Defendant's motion.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

DATE: May 4, 200                      s/PATRICK J. DUGGAN
                                                   UNITED STATES DISTRICT JUDGE

Copies to:
Larry Parks, #116705
Gus Harrison Correctional Facility
2727 E. Beecher Street
Adrian, MI   49221

Scott R. Rothermel, Esq.

Magistrate Judge Donald A. Scheer